NO. 07-12-00047-CR
 
 IN THE COURT OF APPEALS
 
 FOR THE SEVENTH DISTRICT OF TEXAS
 
 AT AMARILLO
 
 PANEL B
 
--------------------------------------------------------------------------------
FEBRUARY 3, 2012
--------------------------------------------------------------------------------

 
 CYNTHIA LYNN GREEN, APPELLANT
 
 v.
 
 THE STATE OF TEXAS, APPELLEE 
--------------------------------------------------------------------------------

 
 FROM THE CRIMINAL DISTRICT COURT 1 OF TARRANT COUNTY;
 
 NO. 1162056D; HONORABLE SHAREN WILSON, JUDGE
--------------------------------------------------------------------------------

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

 MEMORANDUM OPINION
 
Appellant, Cynthia Lynn Green, filed Notice of Appeal to appeal a judgment adjudicating her guilty of the offense of securing execution of a document by deception, and sentence of 12 months confinement in the State Jail Division of the Texas Department of Criminal Justice. Appellant's appointed counsel filed a Motion to Dismiss Appeal on February 2, 2012.
Because the motion meets the requirements of Texas Rule of Appellate Procedure 42.2(a) and this Court has not delivered its decision prior to receiving it, the motion is hereby granted and the appeal is dismissed. Having dismissed the appeal at appellants request, no motion for rehearing will be entertained and our mandate will issue.

 Mackey K. Hancock
 Justice

Do not publish.